Printed on: 01/12/2018  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2017 to 12/31/2017  
**Case Number: 17-20414 (JNP)**

Robert J. Mc Williams  
427 Oakland Avenue  
Maple Shade, NJ  08052

Monthly Payment: $658.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/2017 | $500.00 | 05/31/2017 | $40.00 | 07/05/2017 | $40.00 | 07/05/2017 | $500.00 |
| 08/04/2017 | $500.00 | 08/04/2017 | $102.00 | 08/30/2017 | $102.00 | 08/30/2017 | $500.00 |
| 09/27/2017 | $500.00 | 09/27/2017 | $102.00 | 10/27/2017 | $500.00 | 10/27/2017 | $102.00 |
| 11/30/2017 | $500.00 | 11/30/2017 | $102.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROBERT J. MC WILLIAMS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $3,000.00 | $3,000.00 | $0.00 | $3,000.00 |
| 1 | AMERIHEALTH CORRESPONDENCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | FINANCIAL RECOVERIES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | DEPARTMENT OF THE TREASURY | 28 | $4,271.28 | $0.00 | $4,271.28 | $0.00 |
| 4 | KLM LAW GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | OUR LADY OF LOURDES MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CARISBROOK ASSET HOLDING TRUST | 24 | $27,302.35 | $770.96 | $26,531.39 | $215.92 |
| 7 | STATE OF NEW JERSEY | 28 | $944.70 | $0.00 | $944.70 | $0.00 |
| 8 | STATE OF NEW JERSEY | 28 | $207.76 | $0.00 | $207.76 | $0.00 |
| 9 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2017 | 5.00 | $0.00 |
| 11/01/2017 | Paid to Date | $4,090.00 |
| 12/01/2017 | 54.00 | $658.00 |
| 06/01/2022 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $4,090.00 |
| Total paid to creditors this period: | $3,215.92 |
| Undistributed Funds on Hand: | $606.68 |
| Arrearages: | $658.00 |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**