Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–20414–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert J. McWilliams
   427 Oakland Avenue
   Maple Shade, NJ 08052

Social Security No.:
   xxx–xx–7263

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           May 12, 2020
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*43* – Certification in Opposition to (related document:42 Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: 427 Oakland Avenue, Maple Shade NJ 08052. Fee Amount $ 181. filed by Creditor CARISBROOK ASSET HOLDING TRUST, 32 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CARISBROOK ASSET HOLDING TRUST. Objection deadline is 04/23/2020. (Attachments: # 1 Exhibit A – Agreed Order # 2 Exhibit B – Certification # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CARISBROOK ASSET HOLDING TRUST) filed by Stacey L. Mullen on behalf of Robert J. McWilliams. (Attachments: # 1 Exhibit) (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: April 20, 2020
JAN: kaj

                                        Jeanne Naughton
                                        Clerk