UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Carrisbrook Asset Holding Trust

In Re:

Robert McWilliams,

Debtor.

Case No.:   17-20414-JNP

Chapter:   13

Hearing Date:   5/12/2020

Judge:   Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 42)

_____

Date: 5/7/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*