UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

Order Filed on May 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert J. McWilliams,

                Debtor

Case No.: 17-20414 (JNP)

Chapter 13

Hearing Date:

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: May 13, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ <u>400.00</u> for services rendered and expenses in the amount of $ <u>n/a</u> for a total of $ <u>400.00</u>. The allowance shall be payable:

      <u>XXXXX</u>      through the Chapter 13 plan as an administrative priority.

                      outside the plan.

The debtors' monthly plan is modified to require a payment of <u>$687.00</u> per month for <u>25</u> months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                         Case No. 17-20414-JNP
Robert J. McWilliams                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1           Date Rcvd: May 13, 2020
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
db          +Robert J. McWilliams,   427 Oakland Avenue,   Maple Shade, NJ 08052-2335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Kingsmead Asset Holding Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Kingsmead Asset Holding Trust rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
               rsolarz@kmllawgroup.com
              Stacey L. Mullen    on behalf of Debtor Robert J. McWilliams slmullen@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9