| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Carisbrook Asset Holding Trust | **Order Filed on May 20, 2020**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| | Case No.: <u>17-20414 JNP</u> |
| In Re:<br>　　　Robert J. McWilliams,<br><br>Debtor. | Adv. No.:<br>Hearing Date: 5/12/2020 @ 10:00 a.m.<br>Judge: <u>Jerrold N. Poslusny, Jr.</u> |

**ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT**

　　The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 20, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Robert J. McWilliams
Case No: 17-20414 JNP
Caption of Order: ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Carisbrook Asset Holding Trust, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 427 Oakland Avenue, Maple Shade, NJ, 08052, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Stacey L. Mullen, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of April 30, 2020 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due February 2020 through April 2020 for a total post-petition default of $3,714.85 (3 @ $1,253.41, less $45.38 in suspense); and

It is **ORDERED, ADJUDGED and DECREED** that the debtor will make an immediate payment of $3,000.00; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $714.85 immediately; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume May 1, 2020, directly to Secured Creditor's servicer, RoundPoint Mortgage Servicing Corporation., P.O. Box 19409, Charlotte, NJ 28219-9409 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs up to the sum of $350.00 in an amount to be included in a post petition fee notice for attorneys' fees, which is to be paid through Debtors' Chapter 13 plan and certification of default is hereby resolved.

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                                      Case No. 17-20414-JNP
Robert J. McWilliams                                                        Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: May 20, 2020
                     Form ID: pdf903    Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2020.
db             +Robert J. McWilliams,    427 Oakland Avenue,    Maple Shade, NJ 08052-2335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Kingsmead Asset Holding Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Kingsmead Asset Holding Trust rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
               rsolarz@kmllawgroup.com
              Stacey L. Mullen    on behalf of Debtor Robert J. McWilliams slmullen@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```