Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−20414−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert J. McWilliams
   427 Oakland Avenue
   Maple Shade, NJ 08052

Social Security No.:
   xxx−xx−7263

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               May 18, 2021
Time:               11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*54* − Certification in Opposition to (related document:53 Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: 427 Oakland Avenue, Maple Shade NJ 08052. Fee Amount $ 181. filed by Creditor CARISBROOK ASSET HOLDING TRUST, 42 Creditor's Certification of Default filed by Creditor CARISBROOK ASSET HOLDING TRUST, 50 Order (Generic)) filed by Denise E. Carlon on behalf of CARISBROOK ASSET HOLDING TRUST. Objection deadline is 05/3/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CARISBROOK ASSET HOLDING TRUST) filed by Stacey L. Mullen on behalf of Robert J. McWilliams. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: April 26, 2021
JAN: kaj

                                                                                                Jeanne Naughton
                                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                       Case No. 17-20414-JNP
Robert J. McWilliams                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                        Page 1 of 2
Date Rcvd: Apr 26, 2021        Form ID: 173                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

**Recip ID      Recipient Name and Address**
db           +  Robert J. McWilliams, 427 Oakland Avenue, Maple Shade, NJ 08052-2335

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2021           Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Kingsmead Asset Holding Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor CARISBROOK ASSET HOLDING TRUST kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Kingsmead Asset Holding Trust rsolarz@kmllawgroup.com |

District/off: 0312-1  User: admin  Page 2 of 2
Date Rcvd: Apr 26, 2021  Form ID: 173  Total Noticed: 1

Rebecca Ann Solarz
    on behalf of Creditor CARISBROOK ASSET HOLDING TRUST rsolarz@kmllawgroup.com

Stacey L. Mullen
    on behalf of Debtor Robert J. McWilliams slmullen@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9