Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–20414–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Robert J. McWilliams
  427 Oakland Avenue
  Maple Shade, NJ 08052

Social Security No.:
  xxx–xx–7263

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:          August 9, 2022
Time:          11:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*74* – Certification in Opposition to (related document:73 Creditor's Certification of Default (related document:68 Order (Generic)) filed by Jonathan C. Schwalb on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of FW–BKPL Series I Trust. Objection deadline is 07/22/2022. (Schwalb, Jonathan) Modified on 7/11/2022 TO REFLECT PDF ARE NOT SEPARATE DOCUMENTS(lgr). filed by Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of FW–BKPL Series I Trust) filed by Stacey L. Mullen on behalf of Robert J. McWilliams. (Attachments: # 1 Exhibit) (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: July 18, 2022
JAN: kaj

                                        Jeanne Naughton
                                        Clerk